# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| KENNETH LEE, | : No. 6 WAP 2014 |
| | : |
| Appellant | : Appeal from the Order of Commonwealth |
| | : Court dated February 20, 2014, at No. 629 |
| | : MD 2013. |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA | : |
| BOARD OF PROBATION AND PAROLE | : |
| AND MICHAEL POTTEIGER, | : |
| CHAIRMAN, COMMONWEALTH OF | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**

 **AND NOW,** this 30th day of October, 2014, the order of the Commonwealth Court is hereby **AFFIRMED**.